IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: _____ |
| | ) | |
| vs. | ) | |
| | ) | (UNDER SEAL) |
| LAMARIO VINCENT WRIGHT | ) | |
|    a/k/a Mickelton Gadson | ) | |
|    a/k/a "K.B." | ) | |
| RANDY LEE JOHNSON, JR. | ) | |
|    a/k/a "Bo Skete" | ) | |
| KELVIN ALEXANDER JOHNSON | ) | |
|    a/k/a "Smiley" | ) | |
| DEVIN ORLANDO DENNIS | ) | |
|    a/k/a "Dutch" | ) | |
| ROBERT JO JAMISON | ) | |
|    a/k/a "Jo Jo" | ) | |
|    a/k/a "City Boy" | ) | |
|    a/k/a "City" | ) | |
| CHARLIE WILLEY CLARK, JR. | ) | |
|    a/k/a "Slim" | ) | |
| FNU LNU | ) | |
|    a/k/a "Money Mike" | ) | |
| FNU LNU | ) | |
|    a/k/a "Road Master" | ) | |

## ORDER TO SEAL

This matter comes before the Court on a motion by the United States to file the Criminal Complaints, the Arrest Warrants, the Affidavit In Support of Criminal Complaints, the Motion to Seal, and this Order under seal. The purpose of the Government's request is to protect the information contained within these documents as release of the information would jeopardize an ongoing investigation.

Based on the foregoing, the Court finds that the interests of justice are best served by filing the Criminal Complaints, the Arrest Warrants, the Affidavit In Support of Criminal Complaints,

the Motion to Seal, and this Order under seal, except that working copies may be made available to the United States Attorney's Office, the Federal Bureau of Investigation and any other law enforcement agency designated by the United States Attorney's Office.

IT IS THEREFORE ORDERED that the Criminal Complaints, the Arrest Warrants, the Affidavit In Support of Criminal Complaints, the Motion to Seal, and this Order be filed under seal.

SO ORDERED.

SHIVA V. HODGES
UNITED STATES MAGISTRATE JUDGE

Columbia, South Carolina
October 31, 2013